UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 26-5415 PVC Date: September 29, 2026

Title **Dean Albert Nembhard v. James Janecka, et al.**

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

| | |
|---|---|
| M. Ramirez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW RE FAILURE TO ANSWER PETITION AND SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, an immigration detainee at the Adelanto ICE Detention Center, initiated this case on September 17, 2026, by filing his Petition for Writ of Habeas Corpus. (Dkt. No. 1). On that same date, the Court entered the Notice of General Order 26-05. (Dkt. No. 5). Therein, the Court directed Respondents to "show cause why the writ of habeas corpus should not be granted," and set an expedited briefing schedule. (*Id.*). Under that schedule, counsel for Respondents were required to file a Notice of Appearance no later than September 20, 2026, and Respondents were ordered to file their Answer to the Petition no later than September 24, 2026. (*Id.*).

To date, Respondents have not filed either of these required documents.

Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **5:00 p.m. on October 5, 2026**, why they have failed to comply with the Court's order requiring them to file a Notice of Appearance and an Answer and show cause why the habeas petition should not be granted. Respondents may do so by either filing the Notice

of Appearance and an Answer – in which they address ALL claims and bases alleged in the Petition – or by filing a sworn Declaration showing good cause for their failure to comply with the Court's September 17, 2026 Order and a commitment to a date by which they will file the required documents.

FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

If Respondents timely file an Answer to the Petition, Petitioner may file a Reply thereto within three days of service of that Answer, after which the case will be taken under submission for decision without oral argument, unless otherwise ordered by the Court.

cc: Daniel.Beck@usdoj.gov

:

**Initials of Preparer** mr