JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEAN ALBERT NEMBHARD,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. EDCV 26-5415 PVC

**JUDGMENT**

Pursuant to the Memorandum Decision and Order Granting Petition and Immediate Release,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED and Judgment is entered in favor of Petitioner.

IT IS FURTHER ORDERED THAT:

(1) Respondents are ordered to immediately release Petitioner **Dean Albert Nembhard (Petitioner's A-number is not found in any document filed with this Court or on the ICE Detainee Locator website, which states that Petitioner is in ICE custody at Desert View Facility in Adelanto,**

**California)**;

(2) Respondents are ordered to return all of Petitioner's personal property confiscated during the arrest;

(3) Respondents are ENJOINED from re-detaining Petitioner without first providing him a prompt custody hearing before a neutral decisionmaker at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or a danger to the community, considering alternatives to detention and Petitioner's financial ability to pay a bond

(4) Respondents shall file within two days of the date of the Court's Order, a status report confirming Petitioner's release; and

(5) Any fee motion must be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412, and this Court's Local Rules; the Court retains jurisdiction to adjudicate any such motion or other collateral enforcement issues.

Dated: October 13, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE